IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 OCT 24 AM 7:04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

BARBARA C. WEEKS,

   Plaintiff,

vs.         No. 05-2759-D/V

COMPASS INTERVENTION
CENTER/KEYSTONE,

   Defendant.

---

ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS
AND
ORDER TO ISSUE AND EFFECT SERVICE OF PROCESS

---

Plaintiff Barbara C. Weeks filed a pro se complaint pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., on October 11, 2005, along with a motion seeking leave to proceed in forma pauperis.[1] Based on the information set forth in the plaintiff's affidavit, the motion to proceed in forma pauperis is GRANTED. The Clerk shall record the defendant as Compass Intervention Center/Keystone.

It is ORDERED that the Clerk shall issue process for the defendant and deliver said process to the marshal for service. Service shall be made on the defendant pursuant to Fed. R. Civ. P. 4(h)(1). Service on the defendant shall include a copy of this order. All costs of service shall be advanced by the United States.

---

[1] The Clerk has also docketed a motion for appointment of counsel. Plaintiff did not fill out the portion of the affidavit requesting appointed counsel. Accordingly, the affidavit in support is construed only as containing a motion to proceed in forma pauperis. The Clerk shall delete all references to a motion for appointed counsel from the docket.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-24-05

It is ORDERED that the plaintiff shall serve a copy of every further document filed in this cause on the attorney for the defendant or on the defendant if it has no attorney. The plaintiff shall make a certificate of service on every document filed. The plaintiff shall familiarize herself with the Federal Rules of Civil Procedure and this Court's local rules.

The plaintiff shall promptly notify the Clerk of any change of address or whereabouts. Failure to comply with these requirements, or any other order of the Court, may result in this case being dismissed without further notice.

IT IS SO ORDERED this __21__ day of October, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02759 was distributed by fax, mail, or direct printing on October 24, 2005 to the parties listed.

---

Barbara Weeks
7661 Kental Dr.
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT